# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:13-00049   Judge Haynes |
| Russell Brothers, Jr. | ) | |
| Burns, Tennessee | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Russell Brothers, Jr. , who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) and 18:924 Convicted felon in possession of firearms (Counts 1-3)
18:1513(b)(1) Obstruction of justice (Count 4)
18:1513(c) Obstruction of justice (Count 5)

Date: 02/28/2013

*Issuing officer's signature*

City and state: Nashville, Tennessee

Ann E. Schwarz, Criminal Docketing Supervisor
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-7-13 , and the person was arrested on *(date)* 3-8-13
at *(city and state)* Nashville TN .

Date: 3-8-13

*Arresting officer's signature*

Daniel Shelton, DUSM
*Printed name and title*