IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-13-00049 |
| v. ) | |
| ) | |
| RUSSELL BROTHERS, JR. ) | |

O R D E R

At the hearing held on March 18, 2013, the government's motion for detention (Docket Entry No. 5) was DENIED, and the defendant was released on certain conditions enumerated in a separately entered order.

Those conditions of release are modified to the following extent:

1. The third condition on page 4 of the release order is amended to read:

"Defendant shall stay **away** from any airport unless approved in advance by Pretrial Services."[1]

2. In addition to the conditions imposed, a further condition is explicitly imposed:

The Defendant shall not pilot or be a passenger in any airplane or aircraft without the advance permission of Pretrial Services.

Although that condition was implicit in the other conditions imposed, it was not, but should have been, expressly stated.

Except as provided above, the conditions of release executed by the defendant and the Court on March 18, 2013, remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The word "away" was inadvertently omitted.