REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:13-00049

UNITED STATES OF AMERICA
V.

Judge: Chief Judge William J. Haynes, Jr.

Hearing Date: May 6, 2013

Russell Brothers

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Peggy Turner

Court Interpreter: n/a

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Alex Little, Hal McDonough

Defense Attorney(s): Peter Strianse

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Parties to submit agreed order to continue trial date.

Total Time in Court: 2 minutes

KEITH THROCKMORTON, Clerk
by: Alex Scarbrough