UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00049-1 |
| | ) | Chief Judge Haynes |
| RUSSELL BROTHERS, JR. | ) | |

### AFFIDAVIT OF PETER J. STRIANSE, ESQ., IN SUPPORT OF MOTION OF DEFENDANT RUSSELL BROTHERS TO CONTINUE TRIAL DATE AND ENLARGE TIME FOR FILING PRETRIAL MOTIONS

Peter J. Strianse, Esq., being first duly sworn, deposes and states as follows:

1. I represent Defendant Russell Brothers, Jr., in the above-captioned criminal action which is currently set for trial on Tuesday, May 21, 2013 at 9:00 a.m. This is the first setting for trial.

2. The indictment in this case was returned on March 6, 2013. (Docket Entry 1). The government produced the discovery materials on May 6, 2013. Undersigned counsel will need additional time to review the discovery and file any appropriate motions. Obviously, counsel has not had sufficient time to review the discovery to be prepared to try this case on May 21, 2013.

3. Assistant United States Attorney J. Alex Little has authorized Affiant to report that the government does not oppose this motion.

FURTHER AFFIANT SAITH NOT.

                                                          PETER J. STRIANSE, ESQ.

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON  )

Sworn to and subscribed to before
me this 20th day of May, 2013.

_____
NOTARY PUBLIC

My Commission Expires: 5-5-15

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

>J. Alex Little
>Assistant United States Attorney
>110 Ninth Avenue South
>Suite A961
>Nashville, TN 37203-3870

This 20th day of May, 2013.

>S:/ Peter J. Strianse
>PETER J. STRIANSE