UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00049-1 |
| | ) | Chief Judge Haynes |
| RUSSELL BROTHERS, JR. | ) | |

### MOTION TO CONTINUE TRIAL DATE

*Handwritten annotation:* Quash / The motion [illegible] is GRANTED in the interests of justice to allow defense counsel to be prepared for trial. ill [initials] 5-12-14

COMES NOW the Defendant, **Russell Brothers, Jr.**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the trial of the above-captioned case from Tuesday, May 20, 2014 at 9:00 a.m., to Tuesday, October 28, 2014 or a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The trial of this case is currently scheduled for Tuesday, May 20, 2014 at 9:00 a.m. (Docket Entry 25).

2. Consistent with this Court's original Order (Docket Entry 14), setting the case for trial, undersigned counsel has contemporaneously filed a supporting affidavit stating the reasons for the continuance.

3. Defendant Brothers has contemporaneously filed an appropriate executed *Waiver of Speedy Trial*.

4. Assistant United States Attorney Brent A. Hannafan has authorized undersigned counsel to report that the government does not oppose this motion.

5. The parties respectfully suggest the date of Tuesday, October 28, 2014, as a proposed alternative trial date.