IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:13-cr-00049 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| RUSSELL BROTHERS | ) | |

## ORDER

The Court has been advised by counsel that the parties have reached a plea agreement in this action. A plea hearing is set in this action for **Monday, October 6, 2014 at 3:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 25th day of September, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge