IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-00049 |
| v. | ) | Judge Haynes |
| | ) | |
| RUSSELL BROTHERS | ) | |

## ORDER

The sentencing hearing in this action is set for **Friday, January 16, 2015 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Monday, January 12, 2015,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 15th day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge